AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
3/26/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
3/26/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MR_____ DEPUTY

United States of America

v.

Marvin Pierce Jr.,

Defendant

Case No.   2:25-MJ-01796-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 13, 2025 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Gary Wallace, Special Agent
Complainant's signature

Gary Wallace, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 26, 2025

Judge's signature

City and state: Los Angeles, California

Hon. Pedro V. Castillo, U.S. Magistrate Judge
Printed name and title

AUSA: Matthew J. Tako (x0705)

**AFFIDAVIT**

I, Gary Wallace, being duly sworn, declare and state as follows:

## I.  PURPOSE OF AFFIDAVIT

1.  This affidavit is made in support of a criminal complaint and arrest warrant against MARVIN PIERCE JR. ("PIERCE") for a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

2.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3.  I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since May 2017. I am currently assigned to the FBI Los Angeles Field Office, where I am responsible for investigating violent crimes, including firearms violations, bank and armored car robberies, murder, extortion, interstate threats, kidnappings, and other violations of federal statutes.  As a Special Agent, I have received extensive training regarding federal criminal law.  I

completed 21 weeks of training at the FBI Academy located at Quantico, Virginia, where I received training in federal violent crime laws, identification and investigation of suspects, and various surveillance and investigative techniques related to violation of federal law. I regularly refer to these laws during the course of my duties and have written and participated in the execution of several state and federal search and arrest warrants in violation of these laws.

4.   During the course of my employment with the FBI, I have participated in investigations that employed various investigative techniques, including witness interviews, review of video surveillance, and collection of physical evidence. Through my training, experience, and interaction with other law enforcement officers, I am familiar with the methods used by persons, including criminals and convicted felons, to possess and conceal firearms.

### III. SUMMARY OF PROBABLE CAUSE

5.   On February 22, 2025, a fatal hit and run traffic collision occurred in South Los Angeles, California ("CA"), and the Los Angeles Police Department ("LAPD") opened an investigation into the collision. During their investigation, the LAPD identified the suspect vehicle and the registered owner, PIERCE. The investigating officers learned that PIERCE had one (1) prior felony conviction in California for armed robbery in 1990, so he was prohibited from possessing firearms and/or ammunition. Further investigation revealed that PIERCE

also has a prior controlled substance felony conviction in violation of 21 U.S.C. § 841 from 2003.

6.  On March 13, 2025, LAPD officers executed a state search warrant at PIERCE's home located at 1329 West 55th Street, Los Angeles, CA 90037.  During the search warrant service, the officers encountered PIERCE alone and asleep on a bed in a bedroom in the house.  The officers later found a loaded handgun hidden inside of a man's sock, amongst other men's clothes, in a dresser in the same bedroom.  Through their investigation, the officers determined that the bedroom belonged solely to PIERCE.  The officers arrested PIERCE for violation of CA Penal Code 29800(A)1 (Felon in Possession of a Firearm).

7.  The firearm was later identified as an SCCY Industries, model CPX-2, 9-millimeter ("9-mm") caliber semi-automatic pistol bearing serial number C146059.  The ammunition were 9-mm caliber and bore the headstamp "F.C.".

## IV. STATEMENT OF PROBABLE CAUSE

8.  Based on my review of law enforcement reports and documents, body worn camera footage, criminal history reports, photographs, conversations with other law enforcement officers, as well as my own observations and knowledge of the investigation, I am aware of the following:

**A. Fatal Hit and Run Traffic Collision in Los Angeles, California on February 22, 2025**

9.  I know, from reviewing law enforcement reports, body worn camera footage, photographs, and from conversations with law enforcement officers that on February 22, 2025, at

3

approximately 10:15 p.m., a fatal vehicle-versus-pedestrian traffic collision occurred in South Los Angeles, California. The car collided with a pedestrian standing in the lane. The force of the impact caused the pedestrian to become airborne and collide with the roadway approximately 68 feet from the area of impact. The driver of the car fled the scene, failing to identify themselves or render aid as required by California law. The pedestrian was taken to a hospital and died later that evening.

    10. LAPD officers responded to the scene and completed an initial investigation into the fatal hit and run collision. During their investigation, the officers identified a witness who observed the collision. According to the witness, the suspect car appeared to be involved in a street race with another car immediately prior to the collision. The witness saw and recorded the suspect car fleeing the scene. The LAPD's Street Racing Taskforce ("SRTF") took the lead on the investigation, and, through the information provided by the witness and closed-circuit television video of the collision from nearby buildings, were able to identify the suspect car as a silver 2007 Dodge Charger 4-door sedan bearing CA license plate number 5ZHW498.

    11. LAPD SRTF officers obtained the records from the CA Department of Motor Vehicles ("DMV") for the suspect vehicle and learned that the registered owner was Marvin Pierce Jr. ("PIERCE"). The officers obtained the CA DMV records for PIERCE and learned that his driver's license address was 1329 West 55th

4

Street, Los Angeles, CA 90037 (hereinafter "PIERCE'S HOME"). The officers also obtained PIERCE's criminal history records and learned that he was convicted of an armed robbery, a felony, in Los Angeles Superior Court ("LASC") in 1990.

12. On February 27, 2025, LAPD SRTF officers conducted surveillance and saw the suspect car parked in the driveway of PIERCE'S HOME, a single-family residence. On March 4, 2025, an LAPD helicopter conducted aerial surveillance near PIERCE's HOME, and a tactical flight officer observed the suspect car parked in the rear of PIERCE'S HOME, with collision damage to the front right side of the vehicle.

13. On March 11, 2025, an LAPD SRTF officer swore out a state search warrant, signed by LASC Judge Juan Carlos Dominguez authorizing the search of the suspect car, PIERCE'S HOME, and PIERCE.

    **B.    LAPD Searched PIERCE'S HOME in Los Angeles and Recovered a Firearm on March 13, 2025**

14. On March 13, 2025, at approximately 6:30 a.m., LAPD officers executed the search warrant at PIERCE'S HOME. During the start of the search warrant service, four persons -- two men and two women -- exited the home upon command from the officers, as they initially announced their presence at the front door of PIERCE'S HOME. The officers later interviewed the four occupants, who identified themselves as residents of the home.

15. Upon entry into PIERCE'S HOME and while in search of other occupants, the LAPD officers encountered PIERCE, who was alone and asleep on a bed in a bedroom in a rear corner of the

house.  PIERCE awoke, complied with the officers' commands, and exited the bedroom.  PIERCE verbally confirmed his identity to the officers.

16.  During their search of PIERCE's bedroom, the officers found a loaded handgun hidden inside of a man's sock, in a dresser drawer, on the left half of the dresser.  The handgun had a magazine inserted, and inside of the magazine were three live rounds.  The officers did not find a round in the chamber of the handgun.  Inside of that same drawer, the officers also found other men's socks and underwear, and the sock containing the loaded handgun was directly on top of the other clothes inside the drawer.  The dresser was located within feet of the bed upon which PIERCE was found sleeping.  The officers found other men's clothes inside of the bedroom, including inside of the dresser, and the size of the men's clothes appeared consistent with PIERCE's build.  The officers also found women's clothes inside of the bedroom.  The women's clothes and possessions appeared to be separated from the men's clothes, and they were mostly or fully contained inside drawers on the right half of the dresser, a nightstand, and the closet.

17.  The officers interviewed the four occupants, who confirmed that they rented the home.  According to the four occupants, they used to live with the mother of the two female occupants, who also used to rent the home.  Their mother dated PIERCE, who lived with her inside of the rear bedroom in the home.  Their mother died in 2023, but the occupants allowed PIERCE to continue to live in the home and in the same bedroom.

The occupants rarely interacted with PIERCE, who was the sole occupant of the bedroom since the mother's passing in 2023. Additionally, while the mother's possessions were still in the bedroom, the daughters believed that her possessions were confined to the closet, and the occupants did not enter that bedroom since it belonged to PIERCE.

18. During the search, LAPD officers seized the handgun and ammunition as evidence, along with other items in support of their fatal hit and run collision investigation. The officers arrested PIERCE for violation of CA Penal Code 29800(A)1 (Felon in Possession of a Firearm).

**C.   PIERCE's Criminal History**

19. On March 21, 2025, I obtained and reviewed a California Law Enforcement Telecommunications System ("CLETS") criminal history report and a Los Angeles County Consolidated Criminal History Report System ("CCHRS") criminal history report for PIERCE. Based on my review of these reports, I learned that PIERCE was convicted of the following felonies, each punishable by a term of imprisonment exceeding one year:

   a. On or about October 19, 1990, PIERCE was convicted of robbery in violation of CA Penal Code Section 211 in Los Angeles County Superior Court case number PA004089.

   b. On or about March 11, 2003, PIERCE was convicted of violation of the federal Controlled Substance Act in violation of 21 U.S.C. § 841 in United States District Court for the Central District of California.

20. On March 21, 2025, I obtained and reviewed the certified docket records from the LASC Clerk's Office in San Fernando, CA for case number PA004089, The People of the State of California vs. Marvin Pierce. Included in those records were the Abstract of Judgment – Prison Commitment form, otherwise known as the conviction record, for PIERCE. Based on my review of these records, I learned that on or about October 19, 1990, PIERCE was convicted of 2nd degree robbery, in violation of CA Penal Code Section 211, a felony punishable by a term of imprisonment exceeding one year. I also learned that PIERCE received a sentencing enhancement for being armed with a firearm during the commission of a felony, in violation of CA Penal Code Section 12022(a)(1).

**D.   Interstate Nexus**

21. On March 13, 2025, during LAPD's search of PIERCE'S HOME, the officers inspected the handgun and ammunition when it was found. The handgun contained markings on both the receiver/frame and the slide, and according to the markings, it was an SCCY Industries, model CPX-2, 9-mm caliber semi-automatic pistol. The handgun bore the serial number C146059 and the words "Daytona Beach, FL" engraved into the metal on the tail end of the receiver/frame. The ammunition were 9-mm caliber and bore the headstamp "F.C.".

22. On March 24, 2025, FBI SA and Firearms and Ammunition Interstate Nexus Expert Rene Persaud inspected the handgun and ammunition. SA Persaud determined that both the handgun and ammunition were manufactured outside of California. Because the

8

handgun and the ammunition were both found in Los Angeles, CA, I believe that both the handgun and ammunition traveled in and affected interstate commerce.

### V. CONCLUSION

23. For all the reasons described above, there is probable cause to believe that PIERCE violated 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 26th day of
March, 2025.

_____
THE HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE